# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**LAWRENCE HARRIS**
**#64769**                                                                    **PLAINTIFF**

v.                               No. 3:19-cv-233-DPM

**RAINS, CO, Craighead County;**
**VALLARD, Sergeant, Craighead**
**County; WHITE, Booking Officer,**
**Craighead County; and STANFIELD,**
**CO, Craighead County**                                                      **DEFENDANTS**

## ORDER

Unopposed recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Harris's complaint will be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 October 2019