IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LAWRENCE HARRIS
#64769                                                                                                PLAINTIFF

v.                              No. 3:19-cv-233-DPM

RAINS, CO, Craighead County;
VALLARD, Sergeant, Craighead
County; WHITE, Booking Officer,
Craighead County; and STANFIELD,
CO, Craighead County                                                                    DEFENDANTS

## JUDGMENT

Harris's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 October 2019